*Per Curiam.*    The plaintiffs may have lost a trial, but they have been negligent on their part.    They should have put the bail-bond in suit in *January* vacation.    It is not a loss of trial alone, which will prevent our interfering to relieve in these cases, but that loss must be without neglect on the part of the plaintiff, and must be occasioned by the delay of the defendant, *after bail is called for.*    If a different practice was allowed, a plaintiff would be tempted to wait a term or longer, and thus ensnare the bail.    The court will always stay proceedings, if application be made for that purpose, *on the return of the bail-bond writ.*

Let the proceedings be stayed on payment of costs.

*Bird, Savage and Bird* ads. *Robert Murray and Company.*

HARRISON presented a petition from the defendants to remove the cause into the federal court, on affidavit that the defendants are aliens.

July Term, 1798.

It appeared that special bail had been put in last *December*, but an exception was entered, and bail had not been perfected till this term, and till after the petition had been filed.

*Pendleton* and *B. Livingston* objected, insisting that the defendants were too late, their appearance having been entered in *January* last, and the act of Congress, under which the application is made, directs that the petition be filed *when the appearance is entered.*

*Per Curiam.* The defendants are in season. As the plaintiffs excepted to the bail, they shall not be allowed now to say the defendants appeared before.

Motion granted.